UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF ILLINOIS, an Illinois Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HENRY WOODLEY, an individual; and R.A., an individual,<br><br>Defendants. | Case No. 8:23-cv-00301-FWS-JDE<br><br>**JUDGMENT [35]** |

After full consideration of the applicable record in this matter, including the court's order granting Plaintiff Safeco Insurance Company of Illinois's motion for summary judgment (Dkt. 35) and the papers and records submitted in connection with the court's order, as well as supplemental briefing ordered by the court on the issue of Plaintiff's sought attorney's fees, costs, and prejudgment interest, (Dkt. 36), for good cause shown, **IT IS ORDERED**:

1. Pursuant to the court's order granting summary judgment in favor of Plaintiff Safeco Insurance Company of Illinois, (Dkt. 35) judgment is hereby entered in favor of Plaintiff Safeco Insurance Company of Illinois and against Defendants Henry Woodley and R.A.;

2. Having reviewed the supplemental material submitted by Plaintiff Safeco Insurance Company of Illinois pursuant to the court's order, (Dkt. 36), which the court notes is unopposed, (*see generally* Dkt.), the court finds Plaintiff has substantiated the $27,888.52 in damages it seeks. *See Atl. Cas. Ins. Co. v. Crum*, 364 F. Supp. 3d 1123, 1137 (E.D. Cal. 2019). Accordingly, Plaintiff Safeco Insurance Company of Illinois is awarded a sum of $27,888.52 in damages pursuant to Plaintiff Safeco Insurance Company of Illinois's claim for reimbursement of defense costs.

3  Pursuant to Cal. Civ. Code § 3287(a), Plaintiff Safeco Insurance Company of Illinois is awarded interest at the legal rate from the date of entry of final judgment. *See Am. States Ins. Co. v. Ins. Co. of Penn.*, 800 F. App'x 452, 455 (9th Cir. 2020).

4. This Order constitutes the final judgment of the Court.

**IT IS SO ORDERED**.

Dated: February 27, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE